UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH F. FRANKL, Regional Director, Region 20, National Labor Relations Board, | No. 2:16-cv-00534-KJM-KJN |
| Petitioner, | ORDER |
| v. | |
| SQUIRES LUMBER COMPANY, INC., | |
| Respondent. | |

Having considered the parties' stipulation to try this case on the administrative transcript, ECF No. 3, petitioner's motion to exceed page limits, ECF No. 2, and the petition for an injunction, ECF No. 1, the court orders as follows:

(1) A hearing on the petition for an injunction is SET before the undersigned on **April 22, 2016** at 10:00 a.m. in Courtroom 3. No later than **April 8, 2016**, respondent shall file an answer to the allegations of the petition, together with any affidavits, declarations, and exhibits in support of its answer that are limited to the issue of the equitable necessity of injunctive relief. By the same date, respondent shall also serve copies on petitioner at his office located at 901 Market Street, Suite 400, San Francisco, California. Petitioner may file and serve rebuttal affidavits, declarations, and exhibits no later than **April 15, 2016**. Petitioner shall forthwith

1

complete service of copies of this order on respondent or upon its counsel of record in Board Cases 20-CA-160279, 20-CA-162074, 20-CA-162418, 20-CA-162722, 20-CA-162732, 20-CA-162834, 20-CA-166576, and 20-CA-167530 in any manner provided in the Federal Rules of Civil Procedure. Proof of service shall be filed with the court.

(2) The stipulation to try the case on the administrative transcript is APPROVED.

(3) The motion to exceed page limits is GRANTED IN PART. Petitioner's memorandum of points and authorities in support of its petition shall not exceed thirty-five pages, and may include in addition a cover page, a table of contents, and a table of authorities. Petitioner is granted until **March 25, 2016** to file a memorandum that complies with this order. Respondent is granted leave to file a memorandum of the same length in support of its answer. Petitioner's memorandum in support of its rebuttal shall not exceed twenty pages.

IT IS SO ORDERED.

DATED: March 17, 2016

_____
UNITED STATES DISTRICT JUDGE