JILL H. COFFMAN, NY BAR 2307098
CHRISTY J. KWON, CA BAR 217186
MATTHEW C. PETERSON, CA BAR 244970, Counsel for Service
JASON P. WONG, AZ BAR 024940
National Labor Relations Board, Region 20
901 Market Street, Suite 400
San Francisco, California  94103-1735
Telephone Number: (415) 356-5171
Matt.Peterson@nlrb.gov

Attorneys for Petitioner

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH F. FRANKL, Regional Director of Region 20 of the National Labor Relations Board, for and on behalf of the NATIONAL LABOR RELATIONS BOARD,<br><br>               Petitioner,<br><br>   vs.<br><br>SQUIRES LUMBER COMPANY INC.,<br><br>               Respondent. | Civil No.  2:16-cv-00534-KJM-KJN<br><br>NOTICE OF VOLUNTARY DISMISSAL |

      PLEASE TAKE NOTICE that the National Labor Relations Board (the Board) has issued its final order in the administration of  Board Cases 20-CA-160279; 20-CA-162074; 20-CA-162418; 20-CA-162722; 20-CA-162732; 20-CA-162834; 20-CA-166576; and 20-CA-165730.  Those cases served as the basis for the petition filed with this Court by Petitioner, Joseph F. Frankl, Regional Director of Region 20 of the Board, pursuant to Section 10(j) of the National Labor Relations Act, 29 U.S.C. Section 160, seeking a temporary injunction against Respondent pending the Board's final administrative disposition of certain unfair labor practice charges raised in those cases.  Pursuant to this Court's Order dated April 20, 2016, granting the parties' Stipulation and Order to Continue Case

Under Section 160(j) of the Act and staying the case, and to Rule 41(a)(2) of the Federal Rules of Civil Procedure, Petitioner hereby VOLUNTARILY DISMISSES the petition, with prejudice.

DATED AT San Francisco, California, this __6th_ day of June, 2016.

/s/ Matthew C Peterson_____
Matthew C. Peterson
Attorney for Petitioner
National Labor Relations Board, Region 20
901 Market Street, Suite 400
San Francisco, CA  94103-1735

Petitioner's Voluntary Dismissal of this case, with prejudice, hereby granted.

**IT IS SO ORDERED.**

DATED AT Sacramento, California, this 9th day of June, 2016.

_____
UNITED STATES DISTRICT JUDGE